# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

343 MANVILLE ROAD
PLEASANTVILLE, NY 10570
TEL: 914-946-1981 FAX: 914-946-2930
DANIEL@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
 *ADMITTED IN NY & OH

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.
 *ADMITTED IN NY & MA

**MANHATTAN OFFICE**
9 EAST 40TH STREET, SUITE 1300
NEW YORK, NEW YORK 10016

November 27, 2012

**VIA ECF**

Hon. Roslynn R. Mauskopf
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**  Tito v. Rubin & Rothman, LLC et al
  **Index:**  12-cv-03464(RRM)(JMA)

Your Honor:

  My firm represents Plaintiff in the above-referenced class action, brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and New York Judiciary Law § 487. I write to request a brief adjournment of the promotion conference currently scheduled for Thursday, November 29, 2012.

  I make this request due to a scheduling conflict, namely, that I am scheduled to attend an all day mediation in another case that same day. Opposing counsel consents to my request. There have been no prior requests by either party for an adjournment. The adjournment does not impact any other deadlines in the case.

                Respectfully,

                Daniel A. Schlanger

cc: Robert L. Arleo, Esq.