***ROBERT L. ARLEO, ESQ.***
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115                                                                    Fax: (518) 751-1801
Email: r.arleo@verizon.net

February 7, 2013

Honorable Roslyn R. Mauskopf
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6A
Brooklyn, New York   11201
Via ECF

                            Re:  Tito v. Rubin & Rothman, LLC et al.
                                 Case No. 12-cv-03464 (RRM)(JMA)

Dear Judge Mauskopf:

   Reference is made to the correspondence dated February 7, 2013 from Plaintiff's counsel, Daniel Schlanger (Doc. 12), submitted in opposition to my correspondence dated February 4, 2103 to Your Honor wherein I requested that the above-entitled action be stayed. I request permission to file a reply to Mr. Schlanger's letter based upon the many incorrect statements contained in his correspondence and, especially, to refute the outrageous and baseless allegation that I made a "false" statement to the court in regard to settlement discussions which I engaged in with Mr. Schlanger concerning the above-entitled action.

                                                Respectfully submitted,

                                                /   s   /   *Robert L. Arleo*

                                                Robert L. Arleo

RLA:gra
cc: Daniel Schlanger, Esq. via ECF
    Elizabeth Schollenberg, Esq. via ECF
    Peter T. Lane, Esq. via ECF