MINUTE ENTRY **Docket & File**

JOAN M. AZRACK, USMJ  DATE: 3/21/13

DOCKET: 12-CV-3464 (RRM)  CASE: Tito v. Rubin & Rothman, LLC

☑ TELEPHONE    ☐ IN-PERSON

**CIVIL CAUSE FOR:**
☐ INITIAL CONF.  ☑ STATUS CONF.  ☐ SETTLEMENT CONF.  ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☑ 15  ☐ 30  ☐ 45  ☐ 60  ☐ Other: ____

FOR PLAINTIFF: Dan Schlanger
              James Fishman

FOR DEFENDANT: Robert Arleo

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

- Apark 8
- Def to provide class info by 4/5/13
- In p. settl. conf 5/2/13 1230

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on  5/2/13 1230  ☐ Telephone  ☑ In-Person
☐ Pre-Trial Order by _____