UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| GINA TITO,<br>on behalf of herself and<br>all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>RUBIN & ROTHMAN, LLC and<br>KEITH ROTHMAN, ESQ.<br><br>Defendants. | **NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>12-cv-3464<br><br>**Hon. Roslynn R. Mauskopf**<br><br>**Hon. Joan Azrack** |

-------------------------------------------------------x

Pursuant to the terms of the Class Action Settlement Agreement between the parties (Exhibit 1 to Plaintiff's Memorandum In Support Of Joint Motion For Preliminary Approval Of Class Action Settlement, filed 5/21/13 (ECF Doc. 21), in which the parties have agreed to submit the issue of reasonable attorney's fees and costs to the Court, and pursuant to 15 U.S.C § 1692k, Plaintiff hereby moves for attorney's fees and costs.

Plaintiff attaches the following in support of her motion:

A. Attorney Declaration of Daniel A. Schlanger, Esq. of Schlanger & Schlanger, LLP, including attachments thereto, as follows:

    Exhibit 1: Time Records for Schlanger & Schlanger, LLP

    Exhibit 2: Itemization of Costs for Schlanger & Schlanger, LLP

    Exhibit 3: Resumes of Schlanger & Schlanger, LLP's non-attorney support staff.

B. Attorney Declaration of Elizabeth Shollenberger, Esq. of Schlanger & Schlanger, LLP

C. Attorney Declaration of Peter Lane, Esq, of Schlanger & Schlanger, LLP

    D. Attorney Declaration of James B. Fishman, Esq., of Fishman & Mallon, LLP, including attachments thereto as follows:

        Exhibit A:  Time Records of Fishman & Mallon, LLP

        Exhibit B:  Resume of James B. Fishman, Esq.

    E. Plaintiff's Memorandum of Law

Plaintiffs' counsels' fees and costs are as follows:

|  | Hours | Hourly Rate | Total |
|---|---|---|---|
| **Schlanger & Schlanger LLP** | | | |
| Daniel A. Schlanger, Esq. | 14.40 | 340.00 | $4,896.00 |
| Daniel A. Schlanger, Esq. | 46.80 | 350.00 | $16,380.00 |
| Elizabeth Shollenberger, Esq. | 10.70 | 400.00 | $4,280.00 |
| Peter T. Lane, Esq. | 6.70 | 300.00 | $2,010.00 |
| Paralegals | 4.40 | 100.00 | $440.00 |
| Prospective Work --Reply Memorandum Re: Fees | 8 | 350.00 | $2,800.00 |
| Prospective Work --Post-Fee Petition through Final Order and Claims Processing | 20 | 350.00 | $7,000.00 |
| Total Schlanger & Schlanger Fees: | | | $37,806.00 |
| Schlanger & Schlanger Costs: | | | 492.58 |
| | | | |
| **Fishman & Mallon, LLP** | | | |
| James B. Fishman, Esq. | 10.85 | 550.00 | $5,967.50 |
| | | | |
| Total Fishman & Mallon Fees: | | | $5,967.50 |
| **Total Attorneys' Fees:** | | | $43,773.50 |
| **Total Costs:** | | | $492.58 |
| **TOTAL FEES AND COSTS:** | | | $44,266.08 |

The reasonableness of the hours listed above is based on Plaintiffs' counsels' contemporaneous time records, which are attached hereto and which reflect the hours spent on the instant litigation.

As detailed in the attached documents, the work performed was all reasonably necessary and the hourly rates are commensurate with the experience, skills and qualifications of the individuals performing the tasks and constitute the reasonable, fair market rates of the individuals involved.

Dated: New York, New York
       June 5, 2013

Respectfully,

Daniel A. Schlanger, Esq.
Schlanger & Schlanger, LLP
9 East 40th Street, Suite 1300
New York, NY 10016
Ph: (914) 946-1981, ext. 101
Fx: (914) 946-2930
daniel.schlanger@schlangerlegal.com

James B. Fishman, Esq.
Fishman & Mallon, LLP
305 Broadway, Suite 900
New York, NY 10007
Ph: 212-897-5840
Fx: 212-897-5841
jfishman@fmlawoffices.net

*Counsel for Plaintiff*