UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x    12 CV 03464  (RRM)(JMA)

GINA TITO, on behalf of herself and all
others similarly situated,

                    Plaintiff

      -against-


RUBIN & ROTHMAN, LLC, and
KEITH ROTHMAN, ESQ.,


                   Defendants
-------------------------------------------------------x

    ROBERT L. ARLEO, an attorney duly admitted to practice law in the State of New York and in the United States District Court for the Southern District of New York, hereby declares as follows:

        1. I am a counsel of record for the Defendants named in the above-entitled action.

        2. In submit the herein affirmation in conjunction with the Defendants' opposition to the Plaintiff's motion for attorneys' fees and costs.

        3. Attached hereto as Exhibit "A" is a true and correct copy of the Complaint filed in the matter of *de la Paz v. Rubin & Rothman, LLC*.

        4. Attached hereto as Exhibit "B" is a true and correct copy of a portion of the website maintained by the law firm of Schlanger & Schlanger.

5. Attached hereto as Exhibit "C" is a true and correct copy of Plaintiffs letter in opposition to Defendants' request for a pre-motion conference submitted in the *de la Paz* action.

6. Attached hereto as Exhibit "D" is a true and correct copy of a portion of the billing records submitted by the Plaintiff in the *de la Paz* action.

7. Attached hereto as Exhibit "E" is a true and correct copy of the correspondence dated June 26, 2013 from attorney Daniel Schlanger to District Judge Edgardo Ramos in the *de la Paz* action.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 28, 2013.

/ s / *Robert L. Arleo*
ROBERT L. ARLEO