From: Daniel         Fax: (914) 946-1981                    To:                          Fax: (212) 805-7943                    06/26/13 12:22

# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**MEMO ENDORSED**

9 EAST 40TH STREET, SUITE 1300
NEW YORK, NY 10016
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/13

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
───────────────────────
ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.
*ADMITTED IN NY & MA

WESTCHESTER OFFICE
343 Manville Road
Pleasantville, NY 10570

June 26, 2013

**VIA FAX: (212) 805-7943**

Hon. Edgardo Ramos
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

[RECEIVED JUN 26 2013 stamp]

Re:   *Paz v. Rubin & Rothman, LLC, et al.*
Index:   11-cv-9625
Our File:   30935

Your Honor:

My firm, along with co-counsel, Fishman & Mallon, LLP, represents Plaintiff in the above referenced FDCPA class action. At the most recent conference, held before Your Honor on 5/31/13, the Court expressed concern about certain discrepancies in the proposed settlement agreement and related documents. (ECF Doc. #35 (including exhibits)). For example, the Court informed the parties that the scope of the release as described in the class notice was not identical to the scope of the release in the settlement agreement.

The parties agreed to review and correct all such issues by 6/28/13. (ECF Minute Entry, 5/31/13). I write, on consent, to request an extension of that deadline to 7/8/13. The reason for my request is the press of deadlines and hearings in other cases. I note in this regard that, since the 5/31 conference, other aspects of this case have been extremely active (ECF Docs. #50-63).

This is the first request for extension of this deadline. The requested extension does not impact any other deadlines.

Respectfully,

*s/Daniel A. Schlanger*

Daniel A. Schlanger

cc:   Robert Arleo, Esq. (Counsel for Defendants)
      James Fishman, Esq. (Co-Counsel for Plaintiff)

The application is   X granted.
                     ___ denied.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: 6/26/13
New York , New York