# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

9 EAST 40TH STREET, SUITE 1300
NEW YORK, NEW YORK 10016
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.

**WESTCHESTER OFFICE**
343 MANVILLE ROAD
PLEASANTVILLE, NY 10570

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.
 *ADMITTED IN NY & MA

July 8, 2013

**VIA ECF**

Hon. Joan M. Azrack
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:** <u>Tito v. Rubin & Rothman, LLC, et al.</u>
  **Index:** 12-cv-03464(RRM)(JMA)

Your Honor:

 I, along with co-counsel James B. Fishman, Esq. of Fishman & Mallon, LLP, represent Plaintiff in the above-referenced FDCPA class action. Pursuant to Judge Mauskopf's Order dated 7/1/13, the pending Motion for Preliminary Approval of the Class Action Settlement (ECF Doc. # 20), as well as Plaintiff's Motion For Attorneys Fees and Costs (ECF Doc. # 22) have been referred to Your Honor.

 I write to request an extension of Plaintiff's time to submit its Reply with regard to the Motion for Fees and Costs. The current deadline for submission of the Reply is 7/12/13. Plaintiff requests that the deadline be extended to 7/23/13. This is the first request for an extension of this deadline. Defendants consent to the request. The proposed extension does not impact any other deadlines in the case.

 The reason for the request is a string of deadlines and appearances in other matters I am handling.

               Respectfully,

               Daniel A. Schlanger

cc:  Robert L. Arleo, Esq.
   James B. Fishman, Esq.