***ROBERT L. ARLEO, ESQ.***
380 Lexington Avenue
17th Floor
New York, N.Y. 10168

Telephone: (212) 551-1115                                        Fax: (518) 751-1801
Email: r.arleo@verizon.net

July 24, 2013

Honorable Joan Azrack
United States Magistrate Judge, USDC
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York    11201
via ECF

                    Re:  Tito v. Rubin & Rothman, LLC et al.
                         <u>12-CV-3464</u>

Dear Magistate Judge Azrack:

   I am counsel for the Defendants named in the above-entitled action. I submit the herein letter motion for permission to file a sur-reply in regard to Plaintiff's motion for fees and costs. The basis of the herein request is that the Plaintiff's reply, filed yesterday, contains numerous misstatements of fact and law. In his letter motion sent in support of Plaintiff's request to add five pages to the Plaintiff's reply brief (Dkt. No. 35) attorney Daniel Schlanger referred to the "seriousness" of the issues in raised in conjunction with Plaintiff's request for fees and costs. The Defendants' should have the opportunity to respond to the Plaintiff's reply papers, especially the assertions set forth by attorney David Lane in his declaration (Dkt. No. 38).

    The Defendants' further request that the sur-reply be in the form of a five page letter to Your Honor.

   Thank you for your attention herein.

                              Respectfully submitted,

                              /  s  /  *Robert L. Arleo*

                              Robert L. Arleo

RLA:gra
cc:  All counsel of record via ECF